# **EXHIBIT 1**

# **EXHIBIT 1**

DAVID YORK AGENCY LTD
1416 Avenue M
Suite 30
Brooklyn NY 11230

1406-3424
ORG1:100 Home
EE ID: 588   DD

10/22/2021   20002

NANIE DESORMEAU
BROOKLYN NY

Total Net Direct Deposit(s)
**$661.63**

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**

**PERSONAL AND CHECK INFORMATION**
Nanie Desormeau
Brooklyn, NY
Soc Sec #: xxx-xx-xxxx   Employee ID: 588

Home Department: 100 Home

Pay Period: 10/11/21 to 10/17/21
Check Date: 10/22/21   Check #: 20002

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 712 | 661.63 | 26007.37 |
| NET PAY | 661.63 | 26007.37 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation | 0.00 hrs | 6.00 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick Dept | 0.00 hrs | 42.00 hrs |

**EARNINGS**

| DATE | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 44.33 | 16.2500 | 720.36 | 1616.34 | 25408.19 |
| | Overtime | 7.67 | 24.3750 | 186.96 | 398.66 | 9516.50 |
| | Holiday x 1.5 | | | | 26.00 | 614.25 |
| | Total Hours | 52.00 | | | 2041.00 | |
| | Gross Earnings | | | 907.32 | | 35538.94 |
| | Total Hrs Worked | 52.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 56.25 | 2203.41 |
| Medicare | | 13.15 | 515.31 |
| Fed Income Tax | S 0 | 101.14 | 3924.03 |
| NY Income Tax | S 0 | 41.14 | 1577.77 |
| NY PFL | | 4.64 | 181.68 |
| NY Disability | | 0.60 | 25.20 |
| NY NYC Inc | S 0 | 28.77 | 1104.17 |
| TOTAL | | 245.69 | 9531.57 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 661.63 | 26007.37 |

0940 1406-3424   David York Agency Ltd • 1416 Avenue M • Suite 30 • Brooklyn NY 11230 • (718) 376-7755

**EXHIBIT 2**

**EXHIBIT 2**

| DAVID YORK AGENCY LTD | 1406-3424 | | | 02/07/2020 | 15022 |
|---|---|---|---|---|---|
| 1416 AVENUE M | ORG1:100 Home | | | | |
| SUITE 30 | EE ID: 588 | DD | | | |
| BROOKLYN NY 11230 | | | | DATE | CHECK NO. |

PAY TO THE ORDER OF  NANIE DESORMEAU
BROOKLYN NY

Total Net Direct Deposit(s)
**$628.54**

AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Nanie Desormeau
Brooklyn, NY
Soc Sec #: xxx-xx-xxxx   Employee ID: 598

Home Department: 100 Home

Pay Period: 01/27/20 to 02/02/20
Check Date: 02/07/20   Check #: 15022

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 8712 | 628.54 | 3149.01 |
| **NET PAY** | **628.54** | **3149.01** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Sick Dept | 0.00 hrs | 7.00 hrs |

**EARNINGS**

| DATE | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 44.33 | 15.2500 | 676.03 | 177.25 | 2703.06 |
| | Overtime | 7.67 | 22.8750 | 175.45 | 48.08 | 1099.83 |
| | Holiday x 1.5 | | | | 21.67 | 495.71 |
| | Total Hours | 52.00 | | | 247.00 | |
| | Gross Earnings | | | 851.48 | | 4298.60 |
| | Total Hrs Worked | 52.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 52.79 | 266.51 |
| Medicare | | 12.35 | 62.33 |
| Fed Income Tax | S 0 | 90.29 | 478.83 |
| NY Income Tax | S 0 | 38.16 | 193.33 |
| NY Disability PFL | | 2.30 | 11.62 |
| NY Disability | | 0.60 | 3.00 |
| NY NYC Inc | S 0 | 26.45 | 133.97 |
| **TOTAL** | | **222.94** | **1149.59** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 628.54 | 3149.01 |

Payrolls by Paychex, Inc.
0940 1406-3424   David York Agency Ltd • 1416 Avenue M • Suite 30 • Brooklyn NY 11230 • (718) 376-7755