UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NANIE DESORMEAU, on behalf of herself
and all others similarly situated,

        Plaintiff,

-against-

DAVID YORK AGENCY, LTD.,

        Defendant.

Civil Action No. 1:22-CV-0915 (MKB) (TAM)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Nanie Desormeau ("Plaintiff") and Defendant David York Agency Ltd. ("Defendant") that the Negotiated Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF DAVID WIMS<br>*Attorneys for Plaintiff*<br>1430 Pitkin Avenue, 2nd Floor<br>Brooklyn, NY 11233<br>Tel. No. (646) 393-9550 | JACKSON LEWIS P.C.<br>*Attorneys for Defendant*<br>666 Third Avenue, 29th Floor<br>New York, NY 10017<br>Tel. No. (212) 545-4000 |
| By: *[signature]*<br>David C. Wims | By: _____<br>Jason A. Zoldessy |
| Dated: 7/10, 2022 | Dated: July 15, 2022 |

SO ORDERED on this __12__ day of __August__, 2022.

*Taryn A. Merkl*
Hon. Taryn A. Merkl
United States Magistrate Judge, E.D.N.Y

4891-2576-8231, v. 1